UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM POTTER, | ) | |
| *Plaintiff*, | ) | Case No. 2:21-cv-154 |
| v. | ) | Judge Atchley |
| CONSUMER AUTO FINANCE, INC., | ) | Magistrate Judge Wyrick |
| *Defendant*. | ) | |

## ORDER

On October 27, 2021, United States Magistrate Judge Cynthia R. Wyrick filed an Order and Report and Recommendation [Doc. 4] pursuant to 28 U.S.C. § 636 and Rules of this Court. Magistrate Judge Wyrick granted Plaintiff's request to proceed *in forma pauperis*. [*Id.* at 2]. However, the Magistrate Judge also recommended that Plaintiff's Complaint [Doc. 2] be dismissed without prejudice. [Doc. 4 at 3]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Wyrick's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's findings of fact and conclusions of law as set forth in the Order and Report and Recommendation [Doc. 4]. Thus, this action is hereby **DISMISSED** without prejudice.

---

[1] Magistrate Judge Wyrick advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 4 at 4 n.2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED**.

*s/ Charles E. Atchley, Jr.*_____
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**